# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Roe JE 82,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DOE 1, a corporation; DOE 2, a corporation; DOE 3, an entity of unknown form; and DOES 4 to 100, Inclusive,<br><br>　　　　　Defendants. | Case No. 1:24-cv-01539-BAM<br><br>[Removed from Tulare County Superior Court, Case No. PCU312366]<br><br>**ORDER GRANTING DEFENDANT DOE 1'S REQUEST TO FILE EVIDENCE IDENTIFYING PLAINTIFF UNDER SEAL**<br><br>State Action Filed: August 28, 2024<br>Removed On:　　December 16, 2024<br>Trial Date:　　　None Set |

# ORDER

This matter came before this Court on Defendant Doe 1's ("Church") Request to File Evidence Identifying Plaintiff Under Seal (the "Request to Seal"). The Court, being fully advised, having considered the Request to Seal, any response in opposition thereto, and any reply in support thereof, all supporting papers to the foregoing, the stipulation of the parties, the record, the arguments of counsel, and applicable authorities and evidence, finds there are compelling reasons to grant the Church's Request to Seal.

IT IS HEREBY ORDERED that:

1. The Church's Request to Seal is granted.

2. The unredacted version of pages 1-4 of Exhibit 1 to the Declaration of Lisa Dearden Trépanier in Support of the Church's Application ("Trépanier Sealing Decl.") (i.e., the unredacted version of the Declaration of Adam Dawson in Support of the Church's Notice of Removal) (ECF No. 1-17) shall be filed under seal.

3. The unredacted version of pages 5-17 of Exhibit 1 to the Trépanier Sealing Decl. (i.e., the unredacted version of Exhibit A to the Declaration of Adam Dawson in Support of the Church's Notice of Removal) (ECF No. 1-18) shall be filed under seal.

4. The unredacted version of pages 18-26 of Exhibit 1 to the Trépanier Sealing Decl. (i.e., the unredacted version of Exhibit B to the Declaration of Adam Dawson in Support of the Church's Notice of Removal) (ECF No. 1-19) shall be filed under seal.

5. Counsel for the Church shall comply with Local Rule 141 regarding disposition of the documents for sealing.

IT IS SO ORDERED.

Dated: **December 23, 2024**          /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE