# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Roe JE 82,<br><br>        Plaintiff,<br><br>   v.<br><br>DOE 1, et al.,<br><br>        Defendants. | Case No. 1:24-cv-01539 JLT BAM<br><br>ORDER GRANTING UNOPPOSED MOTION OF DEFENDANTS FOR AN ORDER NAMING DOE DEENDANTS 1, 2, AND 3 BY THEIR TRUE NAMES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 10(a)<br><br>(Doc. 30) |

## [~~PROPOSED~~] ORDER

      Defendants have moved for an order naming Doe Defendants 1, 2, and 3 by their true names pursuant to Federal Rule of Civil Procedure 10(a). (Doc. 30) Because the Declaration of Defense Counsel (Doc. 30-1) indicates that Plaintiff does not oppose the motion, the Court considers the matter ripe for decision on the papers and thus **VACATES** the hearing on this motion, currently set for 4/9/2025.

      Generally, California Code of Civil Procedure 340.1(k)-(l) requires defendants alleged to have committed an act of childhood sexual assault to be named as Does until the plaintiff applies for permission to substitute the true names, which may only be granted if plaintiff's counsel certifies to the discovery of facts corroborating the allegations against the defendant. *See Roe JB 65*, v. *The Church of Jesus Christ of Latter-Day Saints*, et al., No. 24-CV-02349-AJB-MSB, 2025 WL 720187, at *2 n.1 (S.D.

Cal. Mar. 6, 2025) (noting prior grant of unopposed defense motion to name defendants). Here, Defendants have deliberately waived the protections of Section 340.1 by revealing their identities in filings before this Court and have acknowledged this waiver in the instant motion. Therefore, the Court **GRANTS** the motion and **ORDERS** as follows:

1. Defendants Doe 1, Doe 2, and Doe 3 shall be deemed to be named by their true names as of the date of filing of the Notice of Removal (Doc. 1) as set forth below.

2. The Clerk of the Court is hereby directed to replace the name of Defendant Doe 1 on the docket with "The Church of Jesus Christ of Latter-day Saints."

3. All future pleadings and court orders shall identify the defendant sued as Doe 1 as "The Church of Jesus Christ of Latter-day Saints."

4. The Clerk of the Court is hereby directed to replace the name of Defendant Doe 2 on the docket with "Temple Corporation of The Church of Jesus Christ of Latter-day Saints."

5. All future pleadings and court orders shall identify the defendant sued as Doe 2 as "Temple Corporation of The Church of Jesus Christ of Latter-day Saints."

6. The Clerk of the Court is hereby directed to replace the name of Defendant Doe 3 on the docket with "Porterville California Stake of The Church of Jesus Christ of Latter-day Saints."

7. All future pleadings and court orders shall identify the defendant sued as Doe 3 as "Porterville California Stake of The Church of Jesus Christ of Latter-day Saints."

IT IS SO ORDERED.

Dated:   **March 10, 2025**

UNITED STATES DISTRICT JUDGE